UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JUDY DILLON AND LARRY DILLON,

          Plaintiffs,

   v.

Civil Action No. 13-CV-00319

NCO FINANCIAL SYSTEMS, INC,

          Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs Judy Dillon and Larry Dillon, hereby voluntarily dismisses this action against Defendant NCO Financial Systems, Inc, with prejudice.

DATED:    July 23 ~~June 14,~~ 2013

Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288
Facsimile: (716) 332-1884